UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:95-CV-2412-G (BN) |
| CAROLYN COLVIN, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Plaintiff's motions (docket entries 34 and 35) are **DENIED** without prejudice.

If plaintiff wishes to bring a new civil action in this court, he must submit a pleading which includes a "short and plain statement of the claim showing that [he]

is entitled to relief." FED. R. CIV. P. 8(a)(2). At that time, in the context of that new action, Plaintiff may seek *in forma pauperis* status and request appointment of counsel.

    **SO ORDERED**.

June 13, 2013.

                          */s/ A. Joe Fish*
                          **A. JOE FISH**
                          **Senior United States District Judge**